## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## HARRISONBURG DIVISION

| | |
|---|---|
| **LISA R. BROOKS,** | ) |
| | ) |
| **Plaintiff,** | ) **Civil Action No. 5:10cv00104** |
| | ) |
| **v.** | ) |
| | ) |
| **MICHAEL J. ASTRUE,** | ) **By:  Michael F. Urbanski** |
| **Commissioner of Social Security,** | )        **United States District Judge** |
| | ) |
| **Defendant.** | ) |

## FINAL JUDGMENT AND ORDER

For reasons stated in the accompanying Memorandum Opinion, the Commissioner's

decision is **AFFIRMED**, the Commissioner's Motion for Summary Judgment (Dkt. #16) is

**GRANTED**, and Brooks' Motion for Summary Judgment (Dkt. #15) is **DENIED**.  It is

**ORDERED** that this case be dismissed and stricken from the docket of the court.

The Clerk is directed to send certified copies of this Judgment and Order to all counsel of

record.

Entered:  March 26, 2012

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge